# CASE DETAIL DOCKET LIST

**Generated: 30-JAN-2025 08:05 AM**   **User: J2CT_KLRUSHO**

**Search Criteria: Case 2CCV-24-0000955 - Fred Curimao v. Community Clinic of Maui Inc.**

**26 record(s) total**

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CMPS | Complaint and Summons | CLASS ACTION COMPLAINT; EXHIBIT A ; DEMAND FOR JURY TRIAL; SUMMONS | CURIMAO, on behalf of his minor child J.C., FRED - PLT | 25-OCT-2024 | 14:23:50 | Bronster, Margery S. (A4750)... | N | N | N | 48 |
| | | EFile Document upload of type Complaint and Summons | | | | | | | | | |
| 2 | CIS | Civil Information Sheet | CIVIL INFORMATION SHEET | CURIMAO, on behalf of his minor child J.C., FRED - PLT | 25-OCT-2024 | 14:23:50 | Hatch, Robert M. (A7724) | N | N | N | 1 |
| | | EFile Document upload of type Civil Information Sheet | | | | | | | | | |
| 3 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT | 25-OCT-2024 | 14:23:50 | | N | N | N | 1 |
| 4 | PYD | Payment Due to Court | | Hatch, Robert M. - ATY | 25-OCT-2024 | 14:23:51 | | N | N | N | 1 |
| 5 | NEF | Notice of Electronic Filing | | Hatch, Robert M. - ATY | 25-OCT-2024 | 14:23:51 | | N | N | N | 1 |
| 6 | PY | Payment | | Hatch, Robert M. - ATY | 25-OCT-2024 | 14:25:30 | | N | N | N | 1 |
| | | Payment by Credit Card-Civil in the amount of $515.00 by Hatch, Robert M. | | | | | | | | | |
| 7 | NCAS | New Case Assignment | | CURIMAO, on behalf of his minor child J.C., FRED - PLT MALAMA I KE OLA HEALTH CENTER - DFT C., a minor, J. - PLT Second Circuit Court 1st Division - OTH | 28-OCT-2024 | 13:30:22 | | N | N | N | |
| | | Courtroom No. 1 | | | | | | | | | |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT MALAMA IKE OLA HEALTH CENTER - DFT C., a minor, J. - PLT Second Circuit Court 1st Division - OTH | 28-OCT-2024 | 13:30:22 | | N | N | N | 1 |
| 9 | ROS | Return of Service | RETURN AND ACKNOWLEDGMENT OF SERVICE (Def served 12-12-24) | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 13-DEC-2024 | 16:51:34 | Hatch, Robert M. (A7724) | N | N | N | 2 |
| | | EFile Document upload of type Return of Service or Summons | | | | | | | | | |
| 10 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 13-DEC-2024 | 16:51:34 | | N | N | N | 1 |
| 11 | NTCE | Notice | PLAINTIFFS NOTICE OF REQUEST FOR SCHEDULING CONFERENCE; CERTIFICATE OF SERVICE | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 18-DEC-2024 | 14:02:53 | Bronster, Margery S. (A4750)... | N | N | N | 7 |
| | | EFile Document upload of type Notice | | | | | | | | | |
| 12 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 18-DEC-2024 | 14:02:53 | | N | N | N | 1 |
| 13 | PORD | Proposed Order | PROPOSED AMENDED ORDER SETTING SCHEDULING CONFERENCE | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 18-DEC-2024 | 15:48:54 | Hatch, Robert M. (A7724) | N | N | N | 5 |
| | | EFile Document upload of type Proposed Order | | | | | | | | | |

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 18-DEC-2024 | 15:48:54 | | N | N | N | 1 |
| 15 | OSSC | Order Set Sched Conference | | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 19-DEC-2024 | 09:14:18 | Second Circuit Court 1st Division (D2C01) | N | N | N | 3 |
| 16 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT C., a minor, J. - PLT | 19-DEC-2024 | 09:14:18 | | N | N | N | 1 |
| 17 | NAPP | Notice-Appearance /Counsel | Notice of Appearance of Counsel for Defendant Community Clinic of Maui, Inc. d/b/a Malama I Ke Ola Health Center | MALAMA I KE OLA HEALTH CENTER - DFT | 26-DEC-2024 | 12:01:03 | MALAMA I KE OLA HEALTH CENTER (@4219858) | N | N | N | 4 |
| | EFile Document upload of type Notice-Appearance /Counsel ||||||||||||
| 18 | NEF | Notice of Electronic Filing | | MALAMA I KE OLA HEALTH CENTER - DFT | 26-DEC-2024 | 12:01:03 | | N | N | N | 1 |
| 19 | NAP | Notice of Adding Parties | | All Case Parties | 15-JAN-2025 | 13:42:40 | | N | N | N | 2 |
| 20 | NTCE | Notice | Notice of the United States Under 42 U.S.C. 233(l)(1); Certificate of Service | CURIMAO, on behalf of his minor child J.C., FRED - PLT MALAMA I KE OLA HEALTH CENTER - DFT C., a minor, J. - PLT Second Circuit Court 1st Division - OTH | 15-JAN-2025 | 13:51:54 | Ching, Edric (A6697) | N | N | N | 5 |
| | EFile Document upload of type Notice ||||||||||||

| # | Type | Description | Document Name | Docket For | Filing Date | Filing Time | Filing Party | Restricted Access | Sealed | In camera | # Pages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | NEF | Notice of Electronic Filing | | CURIMAO, on behalf of his minor child J.C., FRED - PLT MALAMA I KE OLA HEALTH CENTER - DFT C., a minor, J. - PLT Second Circuit Court 1st Division - OTH | 15-JAN-2025 | 13:51:54 | | N | N | N | 1 |
| 22 | NAP | Notice of Adding Parties | | All Case Parties | 22-JAN-2025 | 13:49:20 | | N | N | N | 2 |
| 23 | NREMV | Notice of Removal | Notice of Notice of Removal; Exhibit 1; Certificate of Service | MALAMA I KE OLA HEALTH CENTER - DFT | 29-JAN-2025 | 14:40:56 | Hetherington, Joji George (A2241), Yonemori, Cheyne Isao Yong ... | N | N | N | 4 |
| | | EFile Document upload of type Notice of Removal | | | | | | | | | |
| 24 | EXH | Exhibit | Exhibit 1 to Notice of Notice of Removal Part 1 of 2 | MALAMA I KE OLA HEALTH CENTER - DFT | 29-JAN-2025 | 14:40:56 | Hetherington, Joji George (A2241), Yonemori, Cheyne Isao Yong ... | N | N | N | 60 |
| | | EFile Document upload of type Exhibit | | | | | | | | | |
| 25 | EXH | Exhibit | Exhibit 1 to Notice of Notice of Removal Part 2 of 2 | MALAMA I KE OLA HEALTH CENTER - DFT | 29-JAN-2025 | 14:40:56 | Hetherington, Joji George (A2241), Yonemori, Cheyne Isao Yong ... | N | N | N | 59 |
| | | EFile Document upload of type Exhibit | | | | | | | | | |
| 26 | NEF | Notice of Electronic Filing | | MALAMA I KE OLA HEALTH CENTER - DFT | 29-JAN-2025 | 14:40:56 | | N | N | N | 2 |